1  **BURSOR & FISHER, P.A.**
2  Philip L. Fraietta (State Bar No. 354768)
   1330 Avenue of the Americas, 32nd Floor
3  New York, NY 10019
4  Telephone: (646)-837-7150
   Facsimile:  (212) 989-9163
5  Email: pfraietta@bursor.com

6  **BURSOR & FISHER, P.A.**
7  Stefan Bogdanovich (State Bar No. 324525)
   1990 North California Blvd., 9th Floor
8  Walnut Creek, CA 94596
9  Telephone: (925) 300-4455
   Facsimile:  (925) 407-2700
10 E-mail: sbogdanovich@bursor.com

11
12 *Attorneys for Plaintiff*

13

14             **UNITED STATES DISTRICT COURT**
15        **CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**

16

| | |
|---|---|
| LANNY O'CONNELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:25-cv-01661-SB-JDE<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Complaint Filed: Feb. 26, 2025<br>FAC Filed:  June 20, 2025 |

NOTICE OF SETTLEMENT
CASE NO. 2:25-cv-01661-SB-JDE

1  Plaintiff Lanny O'Connell ("Plaintiff") and Defendant Marriott International,
2  Inc. ("Defendant") (collectively, the "Parties") hereby provide notice of settlement of
3  this action to the Court as follows:
4  On February 26, 2025, Plaintiff filed his Complaint against Defendant in this
5  Court (ECF No. 1);
6  On June 20, 2025, Plaintiff filed his First Amended Complaint against
7  Defendant in this Court (ECF No. 31);
8  The Parties have reached an agreement in principle to resolve Plaintiff's
9  individual claims against Defendant. The Parties are working to memorialize the
10 settlement in a confidential written settlement agreement. Once the settlement
11 agreement has been fully executed and the terms of the agreement fulfilled, an
12 executed stipulation for dismissal of this case will be filed.
13 IT IS SO STIPULATED.

Dated: July 21, 2025           Respectfully submitted,

                               **BURSOR & FISHER, P.A**.

                               By: */s/ Philip L. Fraietta*
                                    Philip L. Fraietta

                               Philip L. Fraietta (State Bar No. 354768)
                               1330 Avenue of the Americas, 32nd Floor
                               New York, NY 10019
                               Telephone: (646) 837-7150
                               Facsimile: (212) 989-9163
                               Email: pfraietta@bursor.com

                               **BURSOR & FISHER, P.A.**
                               Stefan Bogdanovich (State Bar No. 324525)
                               1990 North California Blvd., 9th Floor
                               Walnut Creek, CA 94596
                               Telephone: (925) 300-4455
                               Facsimile: (925) 407-2700
                               E-mail: sbogdanovich@bursor.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Plaintiff*

**WATSTEIN TEREPKA LLP**

By: __*/s/ Alex Terepka*__
      Alex Terepka

Alex Terepka (State Bar No. 288243)
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317
Email: alex@wtlaw.com

Logan Leonard (*pro hac vice*)
75 14th Street NE, Ste. 2600
Atlanta, GA 30309
Telephone: (404) 842-5065
Email: lleonard@wtlaw.com

*Attorneys for Defendant*
*Marriott International, Inc.*

## **ATTESTATION OF CONCURRENCE IN FILING**

I, Philip L. Fraietta, am the ECF user whose ID and password are being used to file the foregoing Notice of Settlement. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 21, 2025               By:   */s/ Philip L. Fraietta*
                                                    Philip L. Fraietta